Filed 4/10/14  P. v. Reeves CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Sacramento)

| | |
|---|---|
| THE PEOPLE, | C072761 |
| Plaintiff and Respondent, | (Super. Ct. No. 12F04171) |
| v. | |
| RANDOLPH ECTOR REEVES, | |
| Defendant and Appellant. | |

This appeal comes to us pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).

An information charged defendant Randolph Ector Reeves with first degree burglary (Pen. Code, § 459)[1] and alleged three prior prison terms (§ 667.5, subd. (b)).

A jury convicted defendant as charged.[2]  In a bifurcated proceeding, the trial court found the prior prison terms true.

---

[1]  Undesignated section references are to the Penal Code.

[2]  Codefendants Matt James Long and Cody Lewis, also convicted of first degree burglary, are not parties to this appeal.

1

The trial court imposed an aggregate state prison term of nine years (six years, the upper term, for the offense, plus three years consecutive for the priors). The court awarded defendant 368 days of presentence custody credit (184 actual days and 184 conduct days). The court imposed a $240 restitution fine and a suspended restitution fine in the same amount (§§ 1202.4, subd. (b), 1202.45), a $10 crime prevention fine (§ 1202.5), a $340.01 main jail booking fee and a $62.09 main jail classification fee (Gov. Code, § 29550.2), a $40 court operations assessment (§ 1465.8, subd. (a)(1)), and a $30 court facility fee (Gov. Code, § 70373). The court also ordered defendant to pay an outstanding restitution balance of $5,060.

The trial evidence showed that defendant took part in burglarizing the apartment of Pedro P. in the early morning of June 14, 2012.

We appointed counsel to represent defendant on appeal. Counsel filed an opening brief that sets forth the facts of the case and requests this court to review the record and determine whether there are any arguable issues on appeal. (*Wende, supra,* 25 Cal.3d at p. 436.) Defendant was advised by counsel of the right to file a supplemental brief within 30 days of the date of filing of the opening brief. More than 30 days elapsed, and we received no communication from defendant. Having undertaken an examination of the entire record, we find no arguable error that would result in a disposition more favorable to defendant.

We must remand the matter to the trial court, however, with directions to prepare a corrected abstract of judgment that includes the trial court's order to pay a $340.01 main jail booking fee, a $62.09 main jail classification fee, and $5,060 in outstanding restitution.

## DISPOSITION

The judgment is affirmed. The matter is remanded to the trial court with directions to prepare a corrected abstract of judgment including the main jail booking fee,

main jail classification fee, and outstanding restitution order and to furnish a certified copy thereof to the Department of Corrections and Rehabilitation.

                                                                \_\_\_\_BLEASE_____, Acting P. J.

We concur:

        \_\_\_\_HULL_____, J.

        \_\_\_\_DUARTE_____, J.

3